REPUBLICAN TOWN COMMITTEE OF THE TOWN OF NARRAGANSETT, HORATIO B. ROSE *et al.* v. JOHN F. KNOWLES.

APRIL 8, 1938.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

PER CURIAM. This case came before us upon the respondent's appeal from a judgment of the superior court granting the petition for a writ of mandamus.

For reasons to be hereafter stated, the respondent's appeal is sustained and the judgment of the superior court is hereby reversed.

The cause is remanded to the superior court.

*Hinckley, Allen, Tillinghast & Wheeler, Harold A. Andrews, S. Everett Wilkins, Jr.,* for petitioners.

*Dennis J. Roberts, Theodore Jaffe,* for respondent.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.